**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* YANG SUP CHA,<br><br>*Plaintiff,*<br><br>v.<br><br>ANYCLO INTERNATIONAL, INC., *et al.*,<br><br>*Defendants.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 18-11863 (ES) (MAH) |

## ORDER OF DISMISSAL

Plaintiffs, the United States of America and Relator Yang Sup Cha ("Relator"), have notified the Court of a Settlement Agreement reached with Defendant Anyclo International, Inc. ("Anyclo") that resolves Relator's allegations on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733. On April 11, 2023, and pursuant to the terms of the Settlement Agreement, the United States and Relator filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1). Having reviewed the Plaintiffs' Notice of Dismissal and pursuant to 31 U.S.C. § 3730(b)(1), it is hereby:

29

ORDERED AND ADJUDGED as follows:

1. The Complaint is dismissed with prejudice as to Relator's claims against all parties in this action.

2. The Complaint is dismissed with prejudice as to the United States insofar as the allegations fall within the "Covered Conduct" as defined by the Settlement Agreement and set forth in the United States' Notice of Election to Intervene for Purposes of Effectuating Settlement (filed with the Court on or about ___Feb. 13___, 2023.

3. The Complaint is dismissed without prejudice as to the United States' claims and parties that are not within the "Covered Conduct."

Dated: April 12, 2023
Newark, NJ

_____
HON. ESTHER SALAS